450

Tyreek EVANS–MAYES, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 479, 2016

Supreme Court of Delaware.

Submitted: January 27, 2017

Decided: March 6, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 1111012229

AFFIRMED.

In the MATTER OF the Petition
of Devin COLEMAN for a
Writ of Mandamus

No. 4, 2017

Supreme Court of Delaware.

Submitted: February 28, 2017

Decided: March 7, 2017

DISMISSED.

Markevous TYMES, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 681, 2015

Supreme Court of Delaware.

Submitted: March 1, 2017

Decided: March 7, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 1408021173

AFFIRMED.

Michael DEFELICE, Plaintiff–
Below, Appellant,

v.

Bobby CUMMINGS, Sheri Tull, Elmer
Harris, Stephen Misetic, and Harold
Bozeman, Defendants–Below, Appel-
lees.

No. 476, 2016

Supreme Court of Delaware.

Submitted: February 22, 2017

Decided: March 8, 2017

Court Below—Superior Court of the
State of Delaware, C.A. No. N14C–09–084

AFFIRMED.